UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **ANDREAS LANGER**, | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | |
| | § | |
| **DOLLAR TREE DISTRIBUTION, INC.,** | § | **EP-23-CV-00189-DCG** |
| **DOLLAR TREE STORES, INC., and** | § | |
| **AWESOME PRODUCTS, INC.,** *a/k/a* | § | |
| *LA's Totally Awesome Products*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER DISMISSING CASE

The parties have filed Joint Stipulations of Dismissal with Prejudice in the above-captioned case.[1]  In those Joint Stipulations, the parties "stipulate to the dismissal with prejudice of Plaintiff's claims against Awesome Products . . . with each party to bear its own costs" and "stipulate to the dismissal with prejudice or Plaintiff's claims against Defendants Dollar Tree Distribution, Inc. and Dollar Tree Stores, Inc., with each party to bear its own costs."[2]

Accordingly, the Court **GRANTS** the "Joint Stipulation of Dismissal with Prejudice of Awesome Products, Inc." (ECF No. 47) and the "Joint Stipulation of Dismissal with Prejudice of Dollar Tree Distribution, Inc. and Dollar Tree Stores, Inc." (ECF No. 48) and **DISMISSES** this case **WITH PREJUDICE.**  Each party shall bear its own costs.

The Court further **VACATES** all deadlines and settings in the above-captioned case.

The Clerk shall **CLOSE** the case.

---

[1] Mot. Dismiss Awesome Products Inc., ECF No. 47; Mot. Dismiss Dollar Tree Dist. Inc. & Dollar Tree Stores, Inc., ECF No. 48.

[2] Mot. Dismiss Awesome Products Inc. at 1; Mot. Dismiss Dollar Tree Dist. Inc. & Dollar Tree Stores, Inc. at 1.

**So ORDERED and SIGNED this 24th day of September 2024.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**